CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUL 10 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID LYNN HALL, JR., <br> Plaintiff, | Civil Action No. 7:08cv00343 |
| v. | **FINAL ORDER** |
| US EQUAL EMPLOYMENT <br> OPPORTUNITY COMMISSION, et al., <br> Defendants. | By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that this action shall be and hereby is **DISMISSED** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1). Any pending motions are hereby **DENIED as MOOT**, and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 10th day of July, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge